1  McGREGOR W. SCOTT
   United States Attorney
2  SHERRILL A. CARVALHO
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, California   93721
   Telephone: (559) 497-4000
5

6             IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA    )    CR F-05-0245 AWI
                               )
10           Plaintiff,        )
                               )
11      v.                     )
                               )    GOVERNMENT'S REQUEST FOR
12 RICHARD SALCIDO,            )    RETURN OF REPORT CONTAINING
                               )    VICTIM INFORMATION AND PROPOSED
13                             )    ORDER
             Defendant.        )
14 _____)

15      The United States hereby requests that defense counsel be

16 ordered to return the report of Detective Jim Smith containing

17 victim information pertaining to minors. The United States also

18 requests that defense counsel be further ordered not to copy or in

19 any way duplicate or disseminate such information.  If defense

20 counsel has already copied or otherwise disseminated information

21 contained in the report, that defense counsel is ordered to notify

22 the Court and the prosecutor of such.

23 DATED: May 5, 2006                       McGREGOR W. SCOTT
                                            United States Attorney
24

25                                          By /s/Sherrill A. Carvalho
                                               SHERRILL A. CARVALHO
26                                          Assistant U.S. Attorney

27

28                                1

**ORDER**

On the government's motion, defense counsel is hereby ordered to return the report of Connecticut State Police Detective Jim Smith to the prosecutor for the purpose of redacting the victim information pertaining to minors.  Defense counsel is further ordered not to copy or in any way duplicate or disseminate such information.  If counsel has already copied or otherwise disseminated information contained in the report, defense counsel is ordered to notify the Court and the prosecutor of such.

IT IS SO ORDERED.

**Dated:   May 7, 2006**                          **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE