McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>RICHARD SALCIDO,<br><br>            Defendant. | CASE NO. 1:05-cr-00245 AWI<br><br>ORDER PURSUANT<br>TO TITLE 18, UNITED STATES<br>CODE, SECTION 3509(d) |

Having considered the Motion for an Order Under 18 U.S.C. § 3509(d), and good cause appearing, IT IS HEREBY ORDERED that all persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall:

1. Keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access;

2. Disclose such documents or the information in them that concerns a child only to persons who, by reason of their participation in this proceeding, have reason to know such information;

3. During post-trial proceedings in this case, refer to minors involved by their first and last initials only.

IT IS FURTHER ORDERED that all papers to be filed in court that disclose the name or other information concerning a child shall be filed under seal without necessity of obtaining a

1

1  court order, and that the person who makes the filing shall submit to the clerk of the court:

2      1.  The complete paper to be kept under seal; and

3      2.  The paper with the portions of it that disclose the name of or other information

4  concerning a child redacted, and in the case of names, replaced by first and last initials, to be

5  placed in the public record.

6      IT IS FURTHER ORDERED that counsel for the Government and counsel for Defendant

7  shall provide one another with a copy of each unredacted pleading filed in this case, provided

8  that such pleading is not filed <u>in camera</u>.

9

10  IT IS SO ORDERED.

11  **Dated:**   **May 26, 2006**            **/s/ Anthony W. Ishii**
    0m8i78                        UNITED STATES DISTRICT JUDGE

12