FILED

OCT 2 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|              Plaintiffs,  ) | No. CR-F-05-245-AWI |
|       vs.                 ) | ORDER EXONERATING BOND |
| RICHARD SALCIDO           ) | |
|              Defendant.   ) | |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

( ) The defendant's passport is ordered returned:

( ) The property bond posted is exonerated and reconveyed:

(XX) The cash bond posted is exonerated and the money returned to the surety.

DATED:  10-26-06

                                  _____
                                  ANTHONY W. ISHII
                                  U.S. District Judge

9/26/96 exonbnd.frm

1