# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Richard Salcido             **Docket Number:**   0972 1:05CR00245

**Name of Judicial Officer**:   Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**   8/16/2006

**Original Offense:** 18 U.S.C. § 2252(a)(2), Receipt or Distribution of Material Involving the Sexual Exploitation of Minors; and 18 U.S.C. § 2252(a)(4)(B), Possession of Material Involving the Sexual Exploitation of Minors.

**Original Sentence:** 108 months BOP; 120 months TSR; SA $200, mandatory drug test.

**Special Conditions:**

Warrantless Search
Mental Health Treatment
Aftercare Co-payment
No On-Line Computer Access
No Contact With All Minors
Computer Inspection
Pornography Restriction
Phone Record Disclosure
Notice to Employer of Computer Restriction
Sex Offender Treatment
Registration (sex/drug/arson)
DNA Collection

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   3/7/2014

**Other Court Actions:**  None.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, in the District of Oregon for a period of up to 180 days; said placement shall commence at the probation officer's direction pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** The offender commenced supervision on March 7, 2014. At the time the offender was convicted of the underlying offense, he was in the United States Navy, stationed in Lemoore, California. The offender had no ties to our District. Prior to joining the U.S. Navy, the offender lived in Oregon, where he had resided his entire life. He reported he has family and friends remaining in Oregon. He believes he has a better opportunity to successfully adjust to supervision in Oregon due to the support of family.

This officer spoke to the United States Probation office in Eugene, Oregon, and was told they have a community corrections center (CCC), which accepts registered sex offenders. The Oregon probation office stated they would refer the offender to the CCC, and if approved, would allow him to reside in their District in an attempt to establish a viable release plan.

The defendant voluntarily signed Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, on March 18, 2014, agreeing to the proposed modification of his conditions.

Therefore it is respectfully recommended the Court modify the condition of supervised release as requested.

Should the Court require additional information or have question, please feel free to contact the probation officer at the below listed telephone number.

Respectfully submitted,
**/s/ Yasmin Villegas**

**DATED:** 3/24/2014

**YASMIN VILLEGAS**
**United States Probation Officer**
Telephone: (559) 734-2933

Reviewed by,
**/s/ Ben J. Blankenship**

**Ben J. Blankenship**
**Senior United States Probation Officer**

## THE COURT ORDERS:

☒ Modification approved as recommended.

☐ Modification not approved at this time.

☐ Other

IT IS SO ORDERED.

Dated:  March 25, 2014

_____
SENIOR DISTRICT JUDGE